No. 494. FEDERAL TRADE COMMISSION *v.* PROCTER AND GAMBLE COMPANY ET AL. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General Mitchell* and *Mr. Bayard T. Hainer* for petitioner. *Mr. Frank F. Dinsmore* for respondents.

No. 703. WILLIAM M. WEBB *v.* UNITED STATES. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. November 1, 1926. The motion for leave to proceed further in this cause in forma pauperis is denied for the reason that the court upon inspection of the record of proceedings below as submitted in *Anderson* v. *United States,* No. 430; *Bovard* v. *United States,* No. 431; *Jones* v. *United States,* No. 432; and *Carter* v. *United States,* No. 433, finds that there is no ground for certiorari, application for which is also denied. The costs already incurred herein by direction of the court shall be paid by the clerk from the special fund in his custody as provided in order of October 29, 1926. *Mr. Oscar O'Neill Touchston* for petitioner. No appearance for respondent.

No. 450. WILLIAM LEE POPHAM *v.* UNITED STATES. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Robert H. McNeill, Julius C. Martin, Herbert W. Waguespack,* and *W. J. Waguespack* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 558. VIRGINIAN RAILWAY COMPANY *v.* UNITED STATES, OWNER OF STEAM TUG *Barrenfork.* November 1, 1926. Petition for a writ of certiorari to the Circuit